1 | **MICHAEL N. FEUER**, City Attorney - **SBN 111529x**
**THOMAS H. PETERS**, Chief Assistant City Attorney
2 | **CORY M. BRENTE**, Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney **- SBN 192872**
3 | **KELLY N. KADES**, Deputy City Attorney - **SBN 195025**
Email: Kelly.Kades@lacity.org
4 | 200 North Main Street
6th Floor, City Hall East
5 | Los Angeles, CA  90012
Phone No.: (213) 978-7034, Fax No.: (213) 978-8785
6 |
7 | *Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHIEF CHARLIE BECK**
8 | Michael S. Devereux, Esq.
**WEX LAW**
9 | Professional Law Corporation
1000 Wilshire Boulevard, Suite 2150
10 | Los Angeles, California 90017
Telephone: 213-986-9844
11 | Fax: 213-342-6190
Email: mike@wex.law
12 |
13 | *Attorneys for Plaintiff* **ANDRES RAMIREZ**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, in his official capacity, OFFICER HECTOR CORTEZ, individually and in his official capacity as an Police Officer, OFFICER AARSHIVIR SHALDJIAN, as an individual and in his official capacity as an Police Officer, OFFICER DANIEL HUGHES individually and in his official capacity as an Police Officer, ALLEN SARKISYAN, as an individual, LEVON ARUSHANYAN, as an individual, and DOES 1-50<br><br>Defendants. | **CASE NO. CV 17-08580 JAK (SSx)**<br>*Hon. John A. Kronstadt - Ctrm. 10B, 1st Fl. (First St. Courthouse)*<br>*Hon. Mag. Suzanne H. Segal - Ctrm. 590, 5th Fl. (Roybal)*<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULTS AS TO OFFICERS HECTOR CORTEZ, DANIEL HUGHES AND AARSHIVIR SHALDJIAN**<br><br>[Proposed] Order *filed concurrently herewith* |

1

1       Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE
2 DEPARTMENT and CHIEF CHARLIE BECK ("Defendants") and Plaintiff
3 ANDRES RAMIREZ ("Plaintiff"), by and through their counsel of record, hereby
4 stipulate and agree as follows:
5
6       **WHEREAS,** on February 2, 2018, Counsel for Defendants, Senior Assistant
7 City Attorney Cory M. Brente and Deputy City Attorney Kelly N. Kades met and
8 conferred with Plaintiff's counsel, Michael Devereux on the defaults that were
9 entered by the Clerk on January 31, 2018 against Officers Hector Cortez, Daniel
10 Hughes and Aarshivir Shaldjian (see Document No. 28 in civil docket for this case).
11 The parties agreed that the defaults should not have been entered.  It is Defendants'
12 position that Officers Hector Cortez, Daniel Hughes and Aarshivir Shaldjian were
13 not properly served on December 26, 2017, as they were not personally served (or
14 served via substituted service) with the Summons and Complaint at their place of
15 business (Northeast Community Police Station, 3353 San Fernando Road, Los
16 Angeles, CA 90065).  Rather, copies of the documents were left at (and mailed to)
17 the Los Angeles City Clerk's Office, 200 N. Spring Street, #395, Los Angeles,
18 California 90012 (see Document Nos. 17-19 in civil docket for this case).  Plaintiff's
19 counsel has agreed to serve the Officers at their place of business (Northeast
20 Community Police Station).
21
22       **WHEREAS**, Federal Rule of Civil Procedure 55(c) provides that an entry of
23 default may be set aside upon a showing of good cause, and good cause having been
24 ///
25 ///
26 ///
27 ///
28 ///

shown by Defendants to set aside the defaults, Plaintiffs and Defendants respectfully request that the Court set aside and vacate the defaults as to Officers Hector Cortez, Daniel Hughes and Aarshivir Shaldjian.

**IT IS SO STIPULATED.**

DATED:   February 14, 2018          WEX LAW


By: _____/s/_____
       Michael S. Devereux, Esq.

Attorneys for Plaintiff ANDRES RAMIREZ


DATED:   February 14, 2018          MICHAEL N. FEURER
                                    City Attorney


By: _____/s/_____
       Kelly N. Kades, Deputy City Attorney

Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and CHIEF CHARLIE BECK