**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES RAMIREZ, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, in his official capacity, OFFICER HECTOR CORTEZ, individually and in his official capacity as an Police Officer, OFFICER AARSHIVIR SHALDJIAN, as an individual and in his official capacity as an Police Officer, OFFICER DANIEL HUGHES individually and in his official capacity as an Police Officer, ALLEN SARKISYAN, as an individual, LEVON ARUSHANYAN, as an individual, and DOES 1-50<br><br>Defendants. | CASE NO. **CV 17-08580 JAK (SSx)**<br><br>**[PROPOSED] ORDER**<br><br>[*Filed Concurrently with Joint Stipulation to Set Aside Defaults as to Officers Hector Cortez, Daniel Hughes and Aarshivir Shaldjian*]<br><br>Complaint Filed:  11/27/2017<br>Trial Date:          None set |

After full consideration of the Stipulation by the parties, and good cause having been shown, IT IS HEREBY ORDERED:

The defaults entered by the Clerk on January 31, 2018 as to Officers Hector

---

1  Cortez, Daniel Hughes and Aarshivir Shaldjian are set aside and vacated.
2
3  **IT IS SO ORDERED.**
4
5  Dated:_____    By:_____
6                                    HON. JOHN A. KRONSTADT
7                                  United States District Court Judge

[PROPOSED] ORDER
-2-