COLLINSON LAW
A Professional Corporation
Laura E. Inlow, State Bar No. 130584
  E-mail: inlow@collinsonlaw.net
Matthew W. McAleer, State Bar No. 278595
  E-mail: matt@collinsonlaw.net
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants HECTOR CORTEZ and DANIEL HUGHES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDRES RAMIREZ,<br><br>                       Plaintiff,<br><br>      v.<br><br>CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, in his official capacity, OFFICER HECTOR CORTEZ, individually and in his official capacity as a Police Officer, OFFICER AARSHIVIR SHALDJIAN, as an individual and in his official capacity as a Police Officer, OFFICER DANIEL HUGHES, individually and in his official capacity as a Police Officer, ALLEN SARKISYAN, as an individual, LEVON ARUSHANYAN, as an individual, and DOES 1-50,<br><br>                       Defendants. | Case No. 17-cv-08580 JAK (SSx)<br>Hon. Judge John A. Kronstadt<br>Magistrate Judge Suzanne H. Segal<br><br>**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Action Filed: November 27, 2017<br>Trial Date: None Set |

-1-
**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COME NOW Defendants HECTOR CORTEZ and DANIEL HUGHES answering Plaintiff's Complaint for themselves and for no other parties, admit, deny and allege as follows:

## JURISDICTION AND VENUE

1. Answering paragraph 1, Defendants admit the allegations contained therein.

2. Answering paragraph 2, Defendants admit the allegations contained therein.

## PARTIES

3. Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering paragraph 4, Defendants admit the allegations contained therein.

5. Answering paragraph 5, Defendants admit the allegations contained therein.

6. Answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

10. Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FACTS COMMON TO ALL CAUSES OF ACTION

12. Answering paragraph 12, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

13. Answering paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14. Answering paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17. Answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering paragraph 18, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19. Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations

22. Answering paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. Answering paragraph 25, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

26. Answering paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering paragraph 31, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. Answering paragraph 33, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

# FIRST CAUSE OF ACTION

## Unreasonable Search and Seizure – Excessive Force

### (By Plaintiff Against Cortez)

34. Answering paragraph 34, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

35. Answering paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36. Answering paragraph 36, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37. Answering paragraph 37, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. Answering paragraph 38, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

# SECOND CAUSE OF ACTION

## Unreasonable Search and Seizure – False Arrest (42 U.S.C. Section 1983)

### (By Plaintiff Against Cortez, Shaldjian & Hughes)

39. Answering paragraph 39, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

40. Answering paragraph 40, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis deny the allegations.

41. Answering paragraph 41, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering paragraph 42, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43. Answering paragraph 43, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## THIRD CAUSE OF ACTION

**Municipal and Supervisory Liability (42 U.S.C. Section 1983)**

**(By Plaintiff Against LA, LAPD, Beck and Does 1-50)**

44. Answering paragraph 44, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

45. Answering paragraph 45, subparagraphs a-e, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46. Answering paragraph 46, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47. Answering paragraph 47, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the

**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

allegations.

48. Answering paragraph 48, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49. Answering paragraph 49, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50. Answering paragraph 50, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FOURTH CAUSE OF ACTION

### Assault and Battery

### (By Plaintiff Against Shaldjian, Cortez, Arush & Shark)

51. Answering paragraph 51, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

52. Answering paragraph 52, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering paragraph 53, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering paragraph 54, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

-8-
**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

55. Answering paragraph 55, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

56. Answering paragraph 56, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57. Answering paragraph 57, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FIFTH CAUSE OF ACTION

### Intentional Infliction of Emotional Distress

### (By Plaintiff Against All Defendants)

58. Answering paragraph 58, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

59. Answering paragraph 59, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

60. Answering paragraph 60, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

61. Answering paragraph 61, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

62. Answering paragraph 62, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## SIXTH CAUSE OF ACTION

**Intentional Infliction of Emotional Distress**

**(By Plaintiff Against LA, LAPD & Cortez)**

63. Answering paragraph 63, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

64. Answering paragraph 64, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

65. Answering paragraph 65, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

66. Answering paragraph 66, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily

assumed such risk. Not all information known at this time.

## SECOND AFFIRMATIVE DEFENSE

Failure to Mitigate Damages: Plaintiff has failed to take reasonable measures/action to avoid the injuries/damages alleged in his Complaint, and thus any recovery should be reduced accordingly.

## THIRD AFFIRMATIVE DEFENSE

Defendants' actions are privileged pursuant to *Civil Code* §47.

## FOURTH AFFIRMATIVE DEFENSE

Defendants sued in their official capacities are immune from the imposition of punitive damages.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: *Government Code* §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

## SIXTH AFFIRMATIVE DEFENSE

Defendants allege that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his damages, if any there were.

## SEVENTH AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

## EIGHTH AFFIRMATIVE DEFENSE

Unavoidable Detriment: To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable as to these defendants.

## NINTH AFFIRMATIVE DEFENSE

The force used against Plaintiff was caused and necessitated by the actions of Plaintiff or others and was reasonable and necessary for self-defense and/or the defense of others.

## TENTH AFFIRMATIVE DEFENSE

Wrongful act of Plaintiff or others. Any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, the answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## TWELFTH AFFIRMATIVE DEFENSE

If there was a violation, Defendants are entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed. They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

### THIRTEENTH AFFIRMATIVE DEFENSE

Apportionment of Fault: If it is found that any Defendant is legally responsible for the damages, if any, which Defendants specifically deny, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendants be reduced by that percentage of fault to be found to exist of Plaintiff or others and causative fault, whether sued herein or not.

### DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by this action;

2. That the action be dismissed;

3. That Defendants be awarded costs of suit;

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. §1988.

DATED: March 13, 2018
COLLINSON LAW
A Professional Corporation

By: _____/s/_____
Laura E. Inlow, Esq.
Matthew W. McAleer, Esq.
Attorneys for Defendants
HECTOR CORTEZ and
DANIEL HUGHES