COLLINSON LAW
A Professional Corporation
Laura E. Inlow, State Bar No. 130584
    E-mail: inlow@collinsonlaw.net
Matthew W. McAleer, State Bar No. 278595
    E-mail: matt@collinsonlaw.net
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants HECTOR CORTEZ and DANIEL HUGHES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDRES RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, in his official capacity, OFFICER HECTOR CORTEZ, individually and in his official capacity as a Police Officer, OFFICER AARSHIVIR SHALDJIAN, as an individual and in his official capacity as a Police Officer, OFFICER DANIEL HUGHES, individually and in his official capacity as a Police Officer, ALLEN SARKISYAN, as an individual, LEVON ARUSHANYAN, as an individual, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 17-cv-08580 JAK (SSx)<br>Hon. Judge John A. Kronstadt<br>Magistrate Judge Suzanne H. Segal<br><br>**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed: November 27, 2017<br>Trial Date: None Set |

-1-
**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' CERTIFICATE OF INTERESTED PARTIES**

The undersigned, counsel of record for Defendants HECTOR CORTEZ and DANIEL HUGHES, certifies the following listed parties have a direct, pecuniary interest in the outcome of this case:

1. Andres Ramirez – Plaintiff;
2. City of Los Angeles – Defendant;
3. Chief Charlie Beck -  Defendant;
4. Los Angeles Police Department - Defendant
5. Officer Hector Cortez – Defendant;
6. Officer Aarshivir Shaldjian – Defendant;
7. Officer Daniel Hughes – Defendant;
8. Officer Allen Sarkiskyan – Defendant; and
9. Officer Levon Arushanyan – Defendant.

These representations are made to enable the Court to evaluate disqualification or recusal.

DATED:  March 13, 2018

COLLINSON LAW
A Professional Corporation

By:   _____/s/_____
Laura E. Inlow, Esq.
Matthew W. McAleer, Esq.
Attorneys for Defendants
HECTOR CORTEZ and DANIEL HUGHES

-2-
**DEFENDANTS HECTOR CORTEZ AND DANIEL HUGHES' CERTIFICATE OF INTERESTED PARTIES**