**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR CIVIL CASES**

| Case No.: | CV 17-08580-JAK (SHSx) |
|---|---|
| Case Name: | Ramirez v. City of Los Angeles, et al |

| Hearings: | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| ____ Jury Trial<br>____ Court Trial<br>*(Tuesday at 9:00 a.m.)*<br><br>Duration Estimate:<br>____ Days<br>____ Weeks | | Jury Trial<br><br>09/30/2019<br><br>6 Days | Jury Trial<br>9/30/19<br><br>6 Days | |
| Final Pretrial Conference ("FPTC") & Status Conference re Disputed Exhibits:<br>*(Monday at 3:00 p.m.: Two weeks before the trial)* | | 9/16/19 | 9/16/19 | |
| **Deadlines for Bench Trials Only:** | **Weeks Before FPTC** | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
| Anticipated Ruling to be Issued by Court | Same date | | | |
| Last Date to File Objections to Direct Testimony Declarations | 2 | | | |
| Last Date to File Direct Testimony Declarations | 3 | | | |
| **Proposed Motion Practice for Motions for Summary Judgment & Motions for Class Certification:** | **Weeks Before FPTC** | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
| Hearing on Motion | 6 | 08/05/2019 | 8/5/19 | |
| Reply to Motion | 8 | 07/22/2019 | 7/22/19 | |
| Response to Motion | 10 | 07/08/2019 | 7/8/19 | |
| Last day to File Motion | 13 | 06/17/2019 | 6/17/19 | |

1

| Deadlines: | Weeks Before FPTC | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Anticipated Ruling on All Motions | 4 | 08/19/2019 | 8/19/19 | |
| Last Date to Hear Motions *(including discovery motions)* | 8 | 07/22/2019 | 7/22/19 | |
| Last Date to File Motions *(including discovery motions)* | 20 | 04/29/2019 | 4/29/19 | |
| Expert Discovery Cut-Off | 20 | 04/29/2019 | 4/29/19 | |
| Expert Disclosure (Rebuttal) | 22 | 04/15/2019 | 4/15/19 | |
| Expert Disclosure (Initial) | 24 | 04/01/2019 | 4/1/19 | |
| Non-Expert Discovery Cut-Off | 26 | 03/18/2019 | 3/18/19 | |
| Last Date to Add Parties/Amend Pleadings | | 03/30/2019 | 3/30/19 | |
| **Settlement Procedure Selection:** *(ADR-12 Form will be completed by Court after scheduling conference)* | | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
| 1. Magistrate Judge  2. Attorney Settlement Officer Panel  3. Outside ADR/Non-Judicial (Private) | | 2 | 2 | |
| Last day to conduct settlement conference/mediation | | 05/06/2019 | 5/6/19 | |
| Notice of Settlement / Joint Report re Settlement **(10 days before PMSC)** | | 05/10/2019 | 5/10/19 | |
| Post Mediation Status Conference: *(Monday at 1:30 pm: 14 days after the last day to conduct settlement)* | | 05/20/2019 | 5/20/19 | |