UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-08580 JAK (SSx) | Date | March 19, 2018 |
| Title | Andres Ramirez v. City of Los Angeles, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael S. Devereux | Christian R. Bojorquez<br>Laura E. Inlow |

**Proceedings:**      **SCHEDULING CONFERENCE**

**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION AS TO DEFENDANTS ALLEN SARKISYAN AND LEVON ARUSHANYAN (DKT. 36, 37, 38)**

The scheduling conference is held. The Court confers with counsel regarding the status of the case. Plaintiff's counsel states that he is representing Plaintiff in the criminal case. The next hearing in that action is set for April 3, 2018.

The Court has reviewed the parties' March 13, 2018, Joint Report and sets the following deadlines:

| | |
|---|---|
| Not Set: | Last day to amend or add parties |
| November 19, 2018: | Non-Expert Discovery Cut-Off |
| December 10, 2018: | Initial Expert Disclosures |
| January 4, 2019: | Rebuttal Expert Disclosures |
| January 18, 2019: | Expert Discovery Cut-Off |
| January 21, 2019: | Last day to file All Motions *(including discovery motions)* |
| February 8, 2019: | Last day to participate in a settlement conference/mediation |
| February 15, 2019: | Last day to file notice of settlement / joint report re settlement |
| February 25, 2019 at 1:30 p.m.: | Post Mediation Status Conference |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV17-08580 JAK (SSx) | Date | March 19, 2018 |
|---|---|---|---|
| Title | Andres Ramirez v. City of Los Angeles, et al. | | |

The Court grants the parties' request to participate in a settlement conference with a member from the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on February 25, 2019, if such notice is filed on or before February 15, 2019. If a notice of settlement is not filed, counsel shall file a joint report by February 15, 2019, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

The show cause hearing is held. Plaintiff's counsel reports that at least four to five attempts have been made to serve Defendants Allen Sarkisyan and Levon Arushanyan. The Court directs Plaintiff's counsel to continue the efforts to serve these two Defendants. If good faith efforts have been made to serve them then Plaintiff shall file an application to serve by publication no later than April 2, 2018.

**IT IS SO ORDERED.**

|  | : | 15 |
|---|---|---|
| Initials of Preparer | ak | |