1  Arshavir Shaldjian
2  2625 Townsgate Road, Suite 330
   Westlake Village, California 91361
3  Telephone: 805-267-1260
   Pro Se Litigant
4

FILED

2018 MAR 14  PM 3: 50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                          WESTERN DIVISION

9  ANDRES RAMIREZ, as an            CASE NO. 17-cv-08580 JAK (SSx)
   individual,
10                                   Hon. John A. Kronstadt
            Plaintiff,              Magistrate Judge Suzanne H. Segal
11
   vs.                             **DEFENDANT ARSHAVIR SHALDJIAN'S
12                                  ANSWER; DEMAND FOR JURY TRIAL**
   CITY OF LOS ANGELES, a
13  municipal corporation, LOS      Action Filed: November 27, 2017
   ANGELES POLICE DEPARTMENT, a    Trial Date: None Set
14  public entity, CHIEF CHARLIE
   BECK, in his official
15  capacity, OFFICER HECTOR
   CORTEZ, individually and in
16  his official capacity as an
   Police Officer, OFFICER
17  AARSHIVIR SHALDJIAN [SIC], as
   an individual and his official
18  capacity as an Police Officer,
   OFFICER DANIEL HUGHES
19  individually and in his
   official capacity as an Police
20  Officer, ALLEN SARKISYAN, as
   an individual, LEVON
21  ARUSHANYAN, as an individual,
   and DOES 1-50.
22
            Defendant.
23  _____

24                                        **ANSWER**

25      Defendant ARSHAVIR SHALDJIAN as and for his Answer to the

26  Complaint states as follows:

27      1.   In answer to Paragraph 1, answering Defendant admits the

28  allegations therein.

                                  -1-
        DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

2.   In answer to Paragraph 2, answering Defendant admits the allegations therein.

3.   In answer to Paragraph 3, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 3.

4.   In answer to Paragraph 4, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 4.

5.   In answer to Paragraph 5, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 5.

6.   In answer to Paragraph 6, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 6.

7.   In answer to Paragraph 7, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 7.

8.   In answer to Paragraph 8, answering Defendant is without

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 8.

9.    In answer to Paragraph 9, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 9.

10.    In answer to Paragraph 10, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 10.

11.    In answer to Paragraph 11, no factual allegations are made therein and on that basis the paragraph goes unanswered.

12.    In answer to Paragraph 12, this paragraph incorporates by reference the allegations of other paragraphs of the pleading; as such, in response to this paragraph answering Defendant incorporates by reference here this answering Defendant's answers to each and every one of the corresponding and aforementioned allegations and paragraphs contained in Plaintiff's Complaint.

13.    In answer to Paragraph 13, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 13.

14.   In answer to Paragraph 14, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 14.

15.   In answer to Paragraph 15, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 15.

16.   In answer to Paragraph 16, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 16.

17.   In answer to Paragraph 17, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 17.

18.   In answer to Paragraph 18, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 18.

19.   In answer to Paragraph 19, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

that basis, answering Defendant denies each and every allegation contained in Paragraph 19.

20.   In answer to Paragraph 20, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 20.

21.   In answer to Paragraph 21, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 21.

22.   In answer to Paragraph 22, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 22.

23.   In answer to Paragraph 23, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 23.

24.   In answer to Paragraph 24, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 24.

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

25.   In answer to Paragraph 25, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 25.

26.   In answer to Paragraph 26, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 26.

27.   In answer to Paragraph 27, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 27.

28.   In answer to Paragraph 28, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 28.

29.   In answer to Paragraph 29, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 29.

30.   In answer to Paragraph 30, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

that basis, answering Defendant denies each and every allegation contained in Paragraph 30.

31.   In answer to Paragraph 31, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 31.

32.   In answer to Paragraph 32, this paragraph incorporates by reference the allegations of other paragraphs of the pleading; as such, in response to this paragraph answering Defendant incorporates by reference here this answering Defendant's answers to each and every one of the corresponding and aforementioned allegations and paragraphs contained in Plaintiff's Complaint.

33.   In answer to Paragraph 33, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 33.

34.   In answer to Paragraph 34, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 34.

35.   Paragraph 35 is not alleged against this answering Defendant and therefore this answering Defendant need not admit nor deny the allegations contained in Paragraph 35.

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

36.   Paragraph 36 is not alleged against this answering Defendant and therefore this answering Defendant need not admit nor deny the allegations contained in Paragraph 36.

37.   Paragraph 37 is not alleged against this answering Defendant and therefore this answering Defendant need not admit nor deny the allegations contained in Paragraph 37.

38.   In answer to Paragraph 38, no factual allegations are made therein and on that basis the paragraph goes unanswered.

39.   In answer to Paragraph 39, this paragraph incorporates by reference the allegations of other paragraphs of the pleading; as such, in response to this paragraph answering Defendant incorporates by reference here this answering Defendant's answers to each and every one of the corresponding and aforementioned allegations and paragraphs contained in Plaintiff's Complaint.

40.   In answer to Paragraph 40, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 40.

41.   In answer to Paragraph 41, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on that basis, answering Defendant denies each and every allegation contained in Paragraph 41.

42.   In answer to Paragraph 42, answering Defendant is without sufficient knowledge or information to form a belief as to the truth of all allegations contained in such paragraph, and on

1    that basis, answering Defendant denies each and every allegation

2    contained in Paragraph 42.

3        43.   In answer to Paragraph 43, no factual allegations are

4    made therein and on that basis the paragraph goes unanswered.

5        44.   In answer to Paragraph 44, this paragraph incorporates

6    by reference the allegations of other paragraphs of the pleading;

7    as such, in response to this paragraph answering Defendant

8    incorporates by reference here this answering Defendant's answers

9    to each and every one of the corresponding and aforementioned

10   allegations and paragraphs contained in Plaintiff's Complaint.

11       45.   In answer to Paragraph 45, including subparagraphs (a)

12   through (e), answering Defendant is without sufficient knowledge

13   or information to form a belief as to the truth of all allegations

14   contained in such paragraph, and on that basis, answering

15   Defendant denies each and every allegation contained in Paragraph

16   45, including subparagraphs (a) through (e).

17       46.   In answer to Paragraph 46, answering Defendant is

18   without sufficient knowledge or information to form a belief as to

19   the truth of all allegations contained in such paragraph, and on

20   that basis, answering Defendant denies each and every allegation

21   contained in Paragraph 46.

22       47.   In answer to Paragraph 47, answering Defendant is

23   without sufficient knowledge or information to form a belief as to

24   the truth of all allegations contained in such paragraph, and on

25   that basis, answering Defendant denies each and every allegation

26   contained in Paragraph 47.

27       48.   In answer to Paragraph 48, answering Defendant is

28   without sufficient knowledge or information to form a belief as to

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

1   the truth of all allegations contained in such paragraph, and on

2   that basis, answering Defendant denies each and every allegation

3   contained in Paragraph 48.

4       49.   In answer to Paragraph 49, answering Defendant is

5   without sufficient knowledge or information to form a belief as to

6   the truth of all allegations contained in such paragraph, and on

7   that basis, answering Defendant denies each and every allegation

8   contained in Paragraph 49.

9       50.   In answer to Paragraph 50, no factual allegations are

10  made therein and on that basis the paragraph goes unanswered.

11      51.   In answer to Paragraph 51, this paragraph incorporates

12  by reference the allegations of other paragraphs of the pleading;

13  as such, in response to this paragraph answering Defendant

14  incorporates by reference here this answering Defendant's answers

15  to each and every one of the corresponding and aforementioned

16  allegations and paragraphs contained in Plaintiff's Complaint.

17      52.   In answer to Paragraph 52, answering Defendant is

18  without sufficient knowledge or information to form a belief as to

19  the truth of all allegations contained in such paragraph, and on

20  that basis, answering Defendant denies each and every allegation

21  contained in Paragraph 52.

22      53.   In answer to Paragraph 53, answering Defendant is

23  without sufficient knowledge or information to form a belief as to

24  the truth of all allegations contained in such paragraph, and on

25  that basis, answering Defendant denies each and every allegation

26  contained in Paragraph 53.

27      54.   In answer to Paragraph 54, answering Defendant is

28  without sufficient knowledge or information to form a belief as to

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

the truth of all allegations contained in such paragraph, and on
that basis, answering Defendant denies each and every allegation
contained in Paragraph 54.

   55.   In answer to Paragraph 55, answering Defendant is
without sufficient knowledge or information to form a belief as to
the truth of all allegations contained in such paragraph, and on
that basis, answering Defendant denies each and every allegation
contained in Paragraph 55.

   56.   In answer to Paragraph 56, answering Defendant is
without sufficient knowledge or information to form a belief as to
the truth of all allegations contained in such paragraph, and on
that basis, answering Defendant denies each and every allegation
contained in Paragraph 56.

   57.   In answer to Paragraph 57, answering Defendant is
without sufficient knowledge or information to form a belief as to
the truth of all allegations contained in such paragraph, and on
that basis, answering Defendant denies each and every allegation
contained in Paragraph 57.

   58.   In answer to Paragraph 58, this paragraph incorporates
by reference the allegations of other paragraphs of the pleading;
as such, in response to this paragraph answering Defendant
incorporates by reference here this answering Defendant's answers
to each and every one of the corresponding and aforementioned
allegations and paragraphs contained in Plaintiff's Complaint.

   59.   In answer to Paragraph 59, answering Defendant is
without sufficient knowledge or information to form a belief as to
the truth of all allegations contained in such paragraph, and on

1  that basis, answering Defendant denies each and every allegation
2  contained in Paragraph 59.

3      60.   In answer to Paragraph 60, answering Defendant is
4  without sufficient knowledge or information to form a belief as to
5  the truth of all allegations contained in such paragraph, and on
6  that basis, answering Defendant denies each and every allegation
7  contained in Paragraph 60.

8      61.   In answer to Paragraph 61, answering Defendant is
9  without sufficient knowledge or information to form a belief as to
10 the truth of all allegations contained in such paragraph, and on
11 that basis, answering Defendant denies each and every allegation
12 contained in Paragraph 61.

13     62.   In answer to Paragraph 62, answering Defendant is
14 without sufficient knowledge or information to form a belief as to
15 the truth of all allegations contained in such paragraph, and on
16 that basis, answering Defendant denies each and every allegation
17 contained in Paragraph 62.

18     63.   In answer to Paragraph 63, this paragraph incorporates
19 by reference the allegations of other paragraphs of the pleading;
20 as such, in response to this paragraph answering Defendant
21 incorporates by reference here this answering Defendant's answers
22 to each and every one of the corresponding and aforementioned
23 allegations and paragraphs contained in Plaintiff's Complaint.

24     64.   In answer to Paragraph 64 is not alleged against this
25 answering Defendant and therefore this answering Defendant need
26 not admit nor deny the allegations contained in Paragraph 64.

27     65.   In answer to Paragraph 65 is not alleged against this
28 answering Defendant and therefore this answering Defendant need

1  not admit nor deny the allegations contained in Paragraph 65.

2      66.   In answer to Paragraph 66 is not alleged against this

3  answering Defendant and therefore this answering Defendant need

4  not admit nor deny the allegations contained in Paragraph 66.

5                    **FIRST AFFIRMATIVE DEFENSE**

6      67.   As an affirmative defense, answering Defendant alleges

7  that each and every cause of action contained in Plaintiff's

8  Complaint fails to state facts sufficient to state a claim for

9  relief.

10                  **SECOND AFFIRMATIVE DEFENSE**

11     68.   As an affirmative defense, answering Defendant alleges

12 that Plaintiff's Complaint contains only subjective conclusions

13 regarding Defendant's alleged actions, and does not contain any

14 showing that answering Defendant violated any constitutional

15 right.

16                   **THIRD AFFIRMATIVE DEFENSE**

17     69.   As an affirmative defense, answering Defendant alleges

18 that the acts actions and conduct of the Plaintiff, other

19 Defendants, and/or third parties directly and proximately caused

20 Plaintiff's injuries and/or damages, if any. Therefore, Plaintiff

21 is not entitled to damages or any other relief from answering

22 Defendant.

23                  **FOURTH AFFIRMATIVE DEFENSE**

24     70.   As an affirmative defense, answering Defendant alleges

25 that the conduct, misconduct and/or negligence of Plaintiff caused

26 and contributed to any alleged damages which may have been

27 sustained by Plaintiff, and by reason thereof, Plaintiff should be

28 barred from recovery, or in the alternative, should have any

1  recovery diminished by the amount of percentage of that said
2  conduct, misconduct or negligence caused or contributed to the
3  alleged damages, should they be proven.
4                    **FIFTH AFFIRMATIVE DEFENSE**
5       71. As an affirmative defense, answering Defendant alleges
6  that if wrongful action did occur, it was not pursuant to any
7  malicious intent to deprive any person of any Constitutional or
8  legal right or to cause any injury on the part of any answering
9  Defendant and, therefore, answering Defendant is immune from
10 liability.
11                   **SIXTH AFFIRMATIVE DEFENSE**
12      72. As an affirmative defense, answering Defendant alleges
13 qualified immunity, because Defendant's conduct did not violate
14 clearly established statutory or constitutional rights of which a
15 reasonable person would have known. If there was a violation,
16 Defendant is protected from liability under the doctrine of
17 qualified immunity because Defendant's conduct was reasonable
18 based upon the information he possessed. He reasonable believed
19 "in good faith" that what he did was lawful and appropriate, and
20 relied upon information provided to them. Moreover, they acted
21 under a reasonable, even if mistaken, belief that what they did
22 was reasonable, appropriate and lawful.
23                  **SEVENTH AFFIRMATIVE DEFENSE**
24      73. As an affirmative defense, answering Defendant alleges
25 that the action is barred by the doctrine of res judicata.
26                   **EIGHTH AFFIRMATIVE DEFENSE**
27      74. As an affirmative defense Defendant alleges that
28 Plaintiff is barred from recovery herein in whole or in part, by

1  reason of failure to mitigate damages.

2                    **NINTH AFFIRMATIVE DEFENSE**

3       75. As an affirmative defense, answering Defendant alleges

4  that Plaintiff's action is barred by reason of conduct, actions,

5  and inactions of Plaintiff, which amount to and constitute a

6  waiver of any right Plaintiff may or might have had in reference

7  to the matters and things alleged in Plaintiff's Complaint, or

8  that otherwise stop Plaintiff from recovery in this action,

9  including but not limited to the doctrine of unclean hands.

10                    **TENTH AFFIRMATIVE DEFENSE**

11      76. As an affirmative defense, answering Defendant alleges,

12  Plaintiff knew, appreciated, and understood each and every risk

13  involved in placing him in the position which he assumed, and then

14  assumed the risk thereof and willingly, knowingly and voluntarily

15  assumed each of such risks, including but not limited to, the risk

16  of suffering personal bodily injury and/or lawful deprivation of

17  right(s).

18                   **ELEVENTH AFFIRMATIVE DEFENSE**

19      77. As an affirmative defense, answering Defendant alleges

20  that Plaintiff are barred and precluded from recovery for any

21  loss, damage or injury alleged from is answering Defendant in that

22  Plaintiff has not complied with *California Government Code* § 910,

23  et seq.

24                   **TWELFTH AFFIRMATIVE DEFENSE**

25      78. As an affirmative defense answering Defendant alleges

26  that at all times material hereto answering Defendant's officers

27  acted in an objectively reasonable manner and is entitled to

28  qualified immunity as a defense to actions brought as civil rights

violations under 42 U.S.C. section 1983.

### THIRTEENTH AFFIRMATIVE DEFENSE

79. As an affirmative defense answering Defendant alleges that the force used against Plaintiff was caused and necessitated by the actions of plaintiff or others and was reasonable and necessary for self-defense and/or the defense of others.

### FOURTEENTH AFFIRMATIVE DEFENSE

80. As an affirmative defense answering Defendant alleges that if it is found that any Defendant is legally responsible for damages, if any, which Defendant specifically deny, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendants be reduced by that percentage of fault to be found to exist of Plaintiff or others and causative fault, whether sued herein or not.

### FIFTEENTH AFFIRMATIVE DEFENSE

81. As an affirmative defense answering Defendant alleges that Defendant's actions are privileged pursuant to *Civil Code* §47.

### SIXTEENTH AFFIRMATIVE DEFENSE

82. As an affirmative defense answering Defendant alleges that Defendant is immune from  liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: *Government Code* §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835, 845.8, 846, 850.8, 855.6, and 856.4.

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

## RESERVATION OF AFFIRMATIVE DEFENSES

83. Because Plaintiff's Complaint is couched in vague and conclusory terms, answering Defendant cannot fully anticipate all affirmative defenses that may be applicable to this action. Accordingly, answering Defendant reserves the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, and/or to withdrawal affirmative defenses as may be appropriate.

**WHEREFORE**, answering Defendant prays as follows:

1. That Plaintiff take nothing by their action;

2. That the action be dismissed;

3. That answering Defendant be awarded attorney's fees and costs of suit herein; and,

4. That answering Defendant be awarded for such other and further relief as the Court deems proper and just.

Dated: March 14, 2018

Arshavir Shaldjian,
Pro Se Litigant

-17-
DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL

## **DEMAND FOR JURY TRIAL**

Answering Defendant hereby makes a demand for a trial before a jury on all issues presented in Plaintiff's Complaint that are or may be triable to a jury pursuant to Federal Rules of Civil Procedure, Rule 38 (b) and all applicable Local Rules of the United States District Court, Central District of California.

Dated: March 14, 2018


_____
Arshavir Shaldjian,
Pro Se Litigant

**CERTIFICATE OF SERVICE**

I, Hannah Carranza, am a citizen of the United States and am at least eighteen years of age. My business address is 2625 Townsgate Road, Suite 330, Westlake Village, California 91361. I am not a party to the above-entitled action. I have cause service of **DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL** as follows:

| | |
|---|---|
| Michael Sean Devereux<br>Wex Law Professional Legal Corporation<br>1000 Wilshire Boulevard Suite 2150<br>Los Angeles, CA 90017 | Counsel for Plaintiff |
| Christian R. Bojorquez<br>Los Angeles City Attorney's Office<br>City Hall East Police Litigation<br>200 North Main Street 6th Floor<br>Los Angeles, CA 90012 | Counsel for Defendants City of Los Angeles and Los Angeles Police Department, and Chief Charlie Beck |
| Kelly N. Kadas<br>Los Angeles City Attorney's Office<br>City Hall East Police Litigation<br>200 North Main Street 6th Floor<br>Los Angeles, CA 90012 | Counsel for Defendants City of Los Angeles and Los Angeles Police Department, and Chief Charlie Beck |
| Laura E. Inlow<br>Collinson Law PC<br>21515 Hawthorne Boulevard Suite 800<br>Torrance, CA 90503 | Counsel for Defendants Officer Hector Cortez and Officer Daniel Hughes |

**X**   BY MAIL AS FOLLOWS:  I placed a sealed envelope containing a copy of the above document(s) at 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361 for collection and mailing with the United States Postal Service.  I am readily familiar with the firm's practice for collecting and processing correspondence for mailing.  Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2018.

Hannah Carranza

DEFENDANT ARSHAVIR SHALDJIAN'S ANSWER; DEMAND FOR JURY TRIAL