NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Arshavir Shaldjian
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Telephone: 805-267-1260

FILED

2018 MAR 14 PM 3:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

ATTORNEY(S) FOR: Pro Se Litigant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANDRES RAMIREZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:17-cv-08580 JAK (SSx) |
| v. | |
| CITY OF LOS ANGELES, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendant Arshavir Shaldjian _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Andres Ramirez | 1. Plaintiff |
| 2. City of Los Angeles | 2. Defendant |
| 3. Chief Charlie Beck | 3. Defendant |
| 4. Los Angeles Police Department | 4. Defendant |
| 5. Officer Hector Cortez | 5. Defendant |
| 6. Arshavir Shaldjian | 6. Defendant |
| 7. Officer Daniel Hughes | 7. Defendant |

By Fax

March 14, 2018
Date

_____ (Signature) _____

Attorney of record for (or name of party appearing in pro per):

Arshavir Shaldjian

## CERTIFICATE OF SERVICE

I, Hannah Carranza, am a citizen of the United States and am at least eighteen years of age. My business address is 2625 Townsgate Road, Suite 330, Westlake Village, California 91361. I am not a party to the above-entitled action. I have cause service of **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** as follows:

| | |
|---|---|
| Michael Sean Devereux<br>Wex Law Professional Legal Corporation<br>1000 Wilshire Boulevard Suite 2150<br>Los Angeles, CA 90017 | Counsel for Plaintiff |
| Christian R. Bojorquez<br>Los Angeles City Attorney's Office<br>City Hall East Police Litigation<br>200 North Main Street 6th Floor<br>Los Angeles, CA 90012 | Counsel for Defendants City of Los Angeles and Los Angeles Police Department, and Chief Charlie Beck |
| Kelly N. Kadas<br>Los Angeles City Attorney's Office<br>City Hall East Police Litigation<br>200 North Main Street 6th Floor<br>Los Angeles, CA 90012 | Counsel for Defendants City of Los Angeles and Los Angeles Police Department, and Chief Charlie Beck |
| Laura E. Inlow<br>Collinson Law PC<br>21515 Hawthorne Boulevard Suite 800<br>Torrance, CA 90503 | Counsel for Defendants Officer Hector Cortez and Officer Daniel Hughes |

**X**     BY MAIL AS FOLLOWS: I placed a sealed envelope containing a copy of the above document(s) at 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361 for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2018.

_Hannah Carranza_
Hannah Carranza

-1-
CERTIFICATE OF SERVICE