Laura E. Inlow (SBN 130584)
COLLINSON LAW, APC
21515 Hawthorne Blvd., Ste. 800
Torrance, CA 90503

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ<br><br>Plaintiff(s)<br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>17-CV-08580 JAK (SSx)<br><br>STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____RICK COPELAND_____ may serve as the Panel Mediator in the above-captioned case. _____MATTHEW MCALEER_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: April 19, 2018           /s/ Michael S. Devereux
                                Attorney For Plaintiff   ANDRES RAMIREZ

Dated: _____            _____
                                Attorney For Plaintiff

Dated: April 19, 2018           /s/ Laura E. Inlow
                                Attorney For Defendant   CORTEZ and HUGHES

Dated: April 19, 2018           /s/ Christian R. Bojorquez
                                Attorney For Defendant   CITY OF LOS ANGELES

Attorney for Plaintiff to electronically file original document.

---

ADR-02 (08/16)           STIPULATION REGARDING SELECTION OF PANEL MEDIATOR

Laura E. Inlow (SBN 130584)
COLLINSON LAW, APC
21515 Hawthorne Blvd., Ste. 800
Torrance, CA 90503

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ <br><br> Plaintiff(s) <br> v. <br><br> CITY OF LOS ANGELES, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 17-CV-08580 JAK (SSx) <br><br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that ___RICK COPELAND___ may serve as the Panel Mediator in the above-captioned case. ___MATTHEW MCALEER___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: April 19, 2018        /s/ Michael S. Devereux
                             Attorney For Plaintiff   ANDRES RAMIREZ

Dated: _____           _____
                             Attorney For Plaintiff   _____

Dated: April 19, 2018        /s/ Narek Zohrabyan
                             Attorney For Defendant   SHALDJIAN

Dated: _____           _____
                             Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)        STIPULATION REGARDING SELECTION OF PANEL MEDIATOR