1  Michael S. Devereux (SBN 225240)
2  WEX LAW
3  PROFESSIONAL LAW CORPORATION
   1000 WILSHIRE BOULEVARD, SUITE 2150
4  LOS ANGELES, CALIFORNIA 90017
   TELEPHONE: (213) 986-9844
5  FACSIMILE: (213) 342-6190
6
7  Attorneys for PLAINTIFF, ANDRES RAMIREZ
8  THE UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ, as an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, in his official capacity, OFFICER HECTOR CORTEZ, individually and in his official capacity as an Police Officer, OFFICER AARSHIVIR SHALDJIAN, as an individual and in his official capacity as an Police Officer, OFFICER DANIEL HUGHES individually and in his official capacity as an Police Officer, ALLEN SARKISYAN, as an indidivual, LEVON ARUSHANYAN, as an individual, and DOES 1-50.<br><br>Defendant. | CASE NO.: CV-17-08580-JAK (SHSx)<br><br>**Honorable John A. Kronstadt**<br><br>**PROOF OF SERVICE OF PUBLICATION; EXHIBIT (COPY OF NOTICE)**<br><br>TRIAL DATE:   None Set |

Proof of Service is hereby made from an order directing that the summons in this proceeding be served by posting a copy of it in the Daily Journal, newspaper

**CASE NO.:  CV 17-08580-JAK (SHSX)**     1     *Proof of Service*

published in the state of California, and designated as the newspaper most likely to provide actual notice to the defendants. The publicaitno was made once a week for four weeks.

In support of this proof of service, the undersigned declares:

1. I am the attorney of record for plaintiff in this proceeding.

2. Attached is a Copy of Notice from the Los Angeles Daily Journal indicating the summons was published on May 3, 2018, May 10, 2018, May 17, 2018 and May 24, 2014.

I declare the foregoing to be true and correct under penalty of perjury this 18th day of May 2018 at Los Angeles County, California.

By: /s/ Michael S. Devereux
_____
Michael S. Devereux
Attorney for Plaintiff
ANDRES RAMIREZ

CASE NO.:  CV 17-08580-JAK (SHSX)    **2**    *Proof of Service*