# LOS ANGELES DAILY JOURNAL

~SINCE 1888~

Mailing Address : 915 E FIRST ST, LOS ANGELES, CA 90012
Telephone (213) 229-5300 / Fax (213) 229-5481
Visit us @ www.DailyJournal.com

Michael Devereux
MICHAEL SEAN DEVEREUX
1000 WILSHIRE BOULEVARD, SUITE 2150
LOS ANGELES, CA  90017

DJ# 3128622

## SUMMONS
### (CITACION JUDICIAL)
CASE NUMBER *(Número del Caso):*
CV 17-008580
NOTICE TO DEFENDANT *(AVISO AL DEMANDADO)*: Allen Sarkisyan & Levon Arushanyan
YOU ARE BEING SUED BY PLAINTIFF *(LO ESTÁ DEMANDANDO EL DEMANDANTE)*: Andres Ramirez
**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*
*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*
The name and address of the court is *(El nombre y dirección de la corte es)*: United States District Court, Central District of California, 350 W 1st Street, Los Angeles, CA 90012-4565
The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*: Wex Law
Michael S. Devereux, Esq.
1000 Wilshire Blvd, Suite 2150
Los Angeles, California 90017
DATE *(Fecha)*: 04/04/2018
Hon. John A Kronstadt Clerk *(Secretario),* by Wex Law Professional Law Corporation,Deputy *(Adjunto)*
(SEAL)
**NOTICE TO THE PERSON SERVED:**
You are served as an individual defendant.
5/3, 5/10, 5/17, 5/24/18

DJ-3128622#

## COPY OF NOTICE

| Notice Type: | SUMCIV CIVIL SUMMONS |
|---|---|
| Ad Description | CV 17-008580  Ramirez |

To the right is a copy of the notice you sent to us for publication in the LOS ANGELES DAILY JOURNAL. Thank you for using our newspaper. Please read this notice carefully and call us with any corrections. The Proof of Publication will be filed with the County Clerk, if required, and mailed to you after the last date below. Publication date(s) for this notice is (are):

05/03/2018 , 05/10/2018 , 05/17/2018 , 05/24/2018

The charge(s) for this order is as follows. An invoice will be sent after the last date of publication. If you prepaid this order in full, you will not receive an invoice.

| | |
|---|---|
| Publication | $220.00 |
| Total | $220.00 |

### Daily Journal Corporation
Serving your legal advertising needs throughout California.

| | |
|---|---|
| LOS ANGELES DAILY JOURNAL, LOS ANGELES | (213) 229-5300 |
| BUSINESS JOURNAL, RIVERSIDE | (951) 784-0111 |
| DAILY COMMERCE, LOS ANGELES | (213) 229-5300 |
| ORANGE COUNTY REPORTER, SANTA ANA | (714) 543-2027 |
| SAN FRANCISCO DAILY JOURNAL, SAN FRANCISCO | (800) 640-4829 |
| SAN JOSE POST-RECORD, SAN JOSE | (408) 287-4866 |
| THE DAILY RECORDER, SACRAMENTO | (916) 444-2355 |
| THE DAILY TRANSCRIPT, SAN DIEGO | (619) 232-3486 |
| THE INTER-CITY EXPRESS, OAKLAND | (510) 272-4747 |



*A00000474494949*