Michael S. Devereux (SBN 225240)
WEX LAW
PROFESSIONAL LAW CORPORATION
1000 WILSHIRE BOULEVARD, SUITE 2150
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 986-9844
FACSIMILE:  (213) 342-6190

Attorneys for PLAINTIFF, ANDRES RAMIREZ

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RAMIREZ, as an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a public entity, CHIEF CHARLIE BECK, in his official capacity, OFFICER HECTOR CORTEZ, individually and in his official capacity as an Police Officer, OFFICER AARSHIVIR SHALDJIAN, as an individual and in his official capacity as an Police Officer, OFFICER DANIEL HUGHES individually and in his official capacity as an Police Officer, ALLEN SARKISYAN, as an indidivual, LEVON ARUSHANYAN, as an individual, and DOES 1-50.<br><br>Defendant. | CASE NO.: CV-17-08580-JAK (SHSx)<br><br>**Honorable John A. Kronstadt**<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST ALLEN SARKISYANAN INDIVIDUAL; DECLARATION IN SUPPORT THEREOF**<br><br>TRIAL DATE:   None Set |

Plaintiff Andres Ramirez ("Mr. Ramirez") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Allen Sarkisyan, an

**CASE NO.:  CV 17-08580-JAK (SHSX)         1         ENTRY OF DEFAULT**

individual ("Defendant"), on the grounds that Defendant has failed to appear or otherwise respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

Service was attempted on the Defendant Allen Sarkisyan starting on or about December 19, 2017 and continuing for several weeks into March. It appears the the defendant was avoiding service. In March 2018, Defendant Allen Sarkisyan was served by mail via the US Post Office certified mail.

Finally, the notice was published in the Los Angeles Daily Journal for four weeks starting on May 3, 2018 through May 23, 2018. Defendant has refused or failed to file an answer.

The above stated facts are set forth in the accompanying declaration of Michael S. Devereux, filed herewith.

Dated: July 20, 2018

Respectfully Submitted,

WEX LAW, Professional Law Corporation

By: /s/ Michael S. Devereux
_____
Michael S. Devereux
Attorney for Plaintiff
ANDRES RAMIREZ

CASE NO.: CV 17-08580-JAK (SHSX)     **2**     ENTRY OF DEFAULT

**DECLARATION OF MICHAEL S. DEVEREUX**

I, Michael S. Devereux, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California, the Ninth Circuit Court of Appeals, and all the District Courts of California, including the United States District Court for the Central District of California.  I am the attorney for Mr. Ramirez in an action entitled, Ramirez v. City of Los Angeles, et al, case number CASE NO.: CV-17-08580-JAK (SHSx).

2. From prior to Christmas until well into the first quarter of 2018, Counsel suffered from the flu.

3. I make this Declaration in support of Mr. Ramirez' request that the Court Clerk enter default in this matter against Defendant Allen Sarkisyan, as an individual. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

4. As appears from the complaint in this action, a cause of action for assault & battery, along with intentional infliction of emotional distress exists against defendant Allen Sarkisyan based upon the violent conduct against the plaintiff.

   5. The following efforts have been made to learn defendant's Allen Sarkisyan whereabouts. According to the Internet, he lives at 14018 Vanowen Street, Unit 2, Van Nuys, California 91405. Thereafter, plaintiff was advised

CASE NO.:  CV 17-08580-JAK (SHSX)        **3**        ENTRY OF DEFAULT

that Allen Sarkisyan lived at 7409 Woodman Avenue, #105, Van Nuys, California 91405. After several attempts were made to serve the defendant, a skip trace was completed on December 28, 2017. During the months of December 2017, January 2018 and March 2018, more than a dozen attempts were made to personally serve the defendant. In February 2018, an investigator was retained to find the defendant. The investigator was able to locate the defendant's address at 543 Milford Street, Apt 2, California 91203. Subsequently another process server was retained and several more attempts were made in March to that address to personally serve the defendant. Recently, the Summons and Complaint was mailed to the defendant 14018 Vanowen Street, Unit 2, Van Nuys, California 91405. The recipient contacted this law office denying that he is the person named in the complaint.

6. As shown by the declaration of process server James P. Sands of Signal Attorney Service, Inc., along with process server J. Figueroa of LSS Legal Services, which was attached previously as Exhibit A to Item #49 of the court docket and made a part of the application for publishing, attempts to serve defendant with process in this proceeding were made at the places, on the dates, and at the times indicated, and were unsuccessful and no one knows where he is.

6. I am informed and believe that Defendant has not responded or appeared to the Court in any manner.

CASE NO.: CV 17-08580-JAK (SHSX)     **4**     ENTRY OF DEFAULT

7. On or about July 13, 2018, the Court issued an Order to Show Cause ("OSC"), which required either an Answer or Request for Entry of Default to be filed on or before July 20, 2018.

8. I am unaware of any answer that has been accepted by the Court and I have confirmed this using PACER on July 20, 2018. Therefore, Plaintiff requests entry of default against defendant Levon Arushanyan, as an individual.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 20th Day of July, 2018, at Los Angeles County, California.

/s/ Michael S. Devereux
Michael S. Devereux

CASE NO.:  CV 17-08580-JAK (SHSX)     **5**     ENTRY OF DEFAULT